IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO. 2:12-cv-00053-D

| | |
|---|---|
| KATHRYN STONE,<br><br>        Plaintiff,<br><br>vs.<br><br>TWIDDY & COMPANY OF DUCK, INC.,<br>et al.,<br><br>        Defendants. | **ORDER GRANTING CONSENT<br>MOTION TO REMAND/MOTION TO<br>TRANSFER** |

THIS MATTER is before the Court upon the parties' Consent Motion to Remand/Motion to Transfer. It appearing to the Court that this matter being heard before the Superior Court in Dare County, North Carolina for the convenience of the parties and witnesses is appropriate as Defendant Twiddy & Company of Duck, Inc. is a resident of Dare County, North Carolina and Dare County is where the subject accident occurred. Based on the foregoing, the parties' Consent Motion to Remand/Motion to Transfer is GRANTED. In the interest of justice, this matter is hereby remanded / transferred to Superior Court of Dare County, North Carolina. It is so ordered.

This the 19 day of November, 2012.

JAMES C. DEVER, III
Chief United States District Judge